LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
GLORY WEALTH SHIPPING SERVICE LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLORY WEALTH SHIPPING SERVICE LTD.,                **ECF CASE**

                        Plaintiff,

    - against -                                                                    08 Civ. 1102 (VM)

FIVE OCEAN CORPORATION LTD.,

                        Defendant.
-------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff GLORY WEALTH SHIPPING SERVICE LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

    Dated: February 1, 2008

                                                LYONS & FLOOD, LLP
                                                Attorneys for Plaintiff
                                                GLORY WEALTH SHIPPING LTD.

                          By: _____
                                   Kirk M. Lyons (KL-1568)
                                   Edward P. Flood (EF-5797)
                                   65 West 36th Street, 7th Floor
                                   New York, New York 10018
                                   (212) 594-2400

U:\kmhldocs\2563036\Pleadings\Rule 7.1-.doc