# NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200
**Direct Dial: (212) 952-6201**
E-mail: jpare@nb-ny.com
Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, Connecticut

Nourse & Bowles
75 Main Street, Suite 205
Millburn, New Jersey

February 27, 2008

```
USDS SDN
DOCUMEN
ELECTRONIC.LI
DOC #:
DATE FILED: 2-27-08
```

**VIA FACSIMILE - 212-805-6382**
Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Glory Wealth Shipping Services Ltd.
v. Five Ocean Corporation Ltd.
08 Civ. 1102(VM)**

Dear Judge Marrero:

    We represent the defendant, Five Ocean Corporation Ltd. ("Defendant"), in the above matter whose assets have been attached in this case by ex parte process of maritime process pursuant to Supplemental Admiralty Rule B in the known amount of $1,130,926.17. We would like to move, pursuant to Admiralty Supplemental Rules E(4)(f), E(7) and E(6) of the Federal Rules of Civil Procedure for countersecurity, for an order that attachments against Defendant be vacated or reduced and to bar any further attachments of Defendant's property. Supplemental Rule E(4)(f) speaks of "prompt hearing" and Local Admiralty Rule E.1 provides that hearing "shall be conducted by a judicial officer within three court days, unless otherwise ordered." If it suits your Honor's schedule, we would like to have this returnable for next Friday, March 7, 2009, with

Page 2

answering papers due on Wednesday, March 5. We expect to be in a position to provide our papers tomorrow, February 28, 2008.

Respectfully submitted,

NOURSE & BOWLES, LLP

By: *[signature]*

Armand M. Paré, Jr.

AMP:ll

cc: **VIA FACSIMILE – (212) 594-4589**
Lyons & Flood, LLP
Attention: Edward P. Flood, Esq.

---

Request GRANTED. The briefing schedule with regard to the motion to vacate or reduce the attachments herein is extended as set forth herein: motion papers submitted by 2-28-08; response 3-5-08; reply ___. A hearing on this application is scheduled for 3-7-08 at 10:30 a.m.

SO ORDERED.

2-27-08
DATE

VICTOR MARRERO, U.S.D.J.