NOURSE & BOWLES, LLP
Attorneys for Defendant
FIVE OCEAN CORPORATION LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORY WEALTH SHIPPING SERVICES LTD.,    :
                                        :
                Plaintiff,              :
                                        :    08 Civ. 1102(VM)
        - against -                     :
                                        :    **FRCP 7.1**
FIVE OCEAN CORPORATION LTD.,            :
                                        :
                Defendant.              :
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Five Ocean Corporation Ltd. certifies it has no parent corporation and its shares are not publicly traded in the United States.

Dated: New York, New York
       February 28, 2008

                                      NOURSE & BOWLES, LLP
                                      Attorneys for Defendant
                                      FIVE OCEAN COPORATION

                                      By:_____
                                          Armand M. Paré, Jr. (AP-8575)
                                      One Exchange Plaza
                                      At 55 Broadway
                                      New York, New York 10006
                                      (212) 952-6200